The People of the State of New York, Respondent,
against
Jeremiah Smith, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Neil E. Ross, J.), rendered January 9, 2014, convicting him, upon a plea of guilty, of aggravated harassment in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Neil E. Ross, J.), rendered January 9, 2014, affirmed. 
Defendant's request for vacatur of his conviction of aggravated harassment in the second degree on the basis that Penal Law § 240.30(1)(a) has been declared unconstitutional by the Court of Appeals (see People v Golb, 23 NY3d 455, 467—468 [2014], cert denied 135 S.Ct. 1009 [2015]), is unpreserved (see People v Scott, 126 AD3d 645 [2015], lv denied 25 NY3d 1171 [2015]; see also People v Ward, 136 AD3d 504 [2016], lv denied 28 NY3d 938 [2016]). The interest of justice would not be served by relieving defendant of this conviction, particularly since his egregious conduct went far beyond a mere communication with intent to annoy, which was the primary concern of the Court of Appeals when it invalidated the statute in People v Golb, supra (see People v Irizarry, 135 AD3d 641, 642 [2016], lv denied 28 NY3d 931 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 28, 2017